NICHOLAS A. TRUTANICH
United States Attorney
NICHOLAS D. DICKINSON
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6175; Fax: (702) 388-6787
Nicholas.Dickinson@usdoj.gov

GUSTAV W. EYLER
Acting Director
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
Tel: (202) 307-0050; Fax: (202) 514-8742
Timothy.T.Finley@usdoj.gov
Daniel.E.Zytnick@usdoj.gov

Attorneys for Plaintiff
United States of America

```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

              MAR 1 4 2019

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | CRIMINAL INFORMATION |
| Plaintiff, | |
| v. | 2:19-cr- 00032-RFB-VCF |
| Patti Kern, | **VIOLATION:** |
| Defendant. | *Conspiracy to Commit Mail Fraud,* 18 U.S.C. § 1349 |

1

THE UNITED STATES CHARGES THAT:

## INTRODUCTION

At all times relevant to this Information, unless otherwise indicated:

1. The defendant PATTI KERN was a resident of Clark County, Nevada.

2. Beginning no later than 2011, and continuing until in or about February 2018, within the District of Nevada and elsewhere, the defendant PATTI KERN conspired with others to engage in a direct-mail scheme that sent fraudulent prize-promotion mailings to thousands of consumers across the United States. The mailings induced victims to pay a fee in exchange for a falsely-promised large cash prize. The object and purpose of the scheme was to obtain money from victims by means of false and fraudulent statements and material concealments of fact in the mailings. None of the victims who sent a fee to KERN and her co-conspirators in response to a fraudulent prize-promotion mailing from the direct-mail scheme ever received a large cash prize.

## COUNT ONE
*Conspiracy to Commit Mail Fraud*

3. The allegations contained in paragraphs one and two are realleged and incorporated as if fully set forth in this paragraph.

4. Beginning no later than 2011, and continuing until in or about February 2018, within the District of Nevada and elsewhere,

**PATTI KERN,**

the defendant, together with others, whose identities are known to the United States, did knowingly and intentionally conspire to devise a scheme to defraud victims and to obtain money and property from victims by means of materially false and fraudulent representations, and, for the purpose of executing such scheme, did place or cause to be placed in any post office and authorized depository for mail matter any matter or thing, namely fraudulent prize-promotion mailings, to be sent and delivered by the United States

Postal Service to victims across the United States, contrary to Title 18, United States Code, Section 1341.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Criminal Information are hereby realleged and incorporated as if fully set forth herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offense charged in Count One of this Criminal Information,

PATTI KERN,

defendant herein shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1341, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349, conspiracy to commit such offense:

1. $106,150;
2. $20,400.32;
3. $34,364;
4. $40,010;
5. $50,126.59;
6. $4,998;
7. $10,908;
8. $15,278;
9. $6,975;
10. $4,644.;

    11. $3,101;

    12. $1,824;

    13. $13,146

    14. $1,785;

    15. $14,439;

    16. $9,887;

    17. $8,253;

    18. $138;

    19. $12,464.03;

    20. $18,950; and

an in personam criminal forfeiture money judgment including, but not limited to at least $800,000 (all of which constitutes property).

    3.    If any property being subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendant for the property listed above and the in personam criminal forfeiture money judgment including, but not limited to, at least $800,000.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 1343 and 1349; and Title 21, United States Code, Section 853(p).

DATED: this 5 day of February, 2019

NICHOLAS A. TRUTANICH
United States Attorney

*/s/*

Nicholas D. Dickinson
Assistant United States Attorney

Gustav W. Eyler, Acting Director
Timothy Finley, Trial Attorney
Daniel Zytnick, Trial Attorney
Consumer Protection Branch