1  K. RYAN HELMICK, ESQ.
   Nevada State Bar No. 12769
2  LAW OFFICE OF RYAN HELMICK, P.C.
   6830 S. Rainbow Blvd. Ste. 200-A
3  Las Vegas, Nevada 89118
   (702) 435-6425
4
5  Ryan@thedefensefirm.com
6  Attorney for Defendant

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA          )
                                     )
10              Plaintiff,           )    CASE NO.:   2:19-cr-00032-RFB-VCF
                                     )
11       vs.                         )
                                     )
12 PATTI A. KERN,                    )
                                     )
13              Defendant.           )
                                     )
14
                   **STIPULATION TO CONTINUE SENTENCING**
15                          (Eighth Request)

16       IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich,

17 United States Attorney, Christopher Chiou, Assistant United States Attorney, and United States

18 Department of Justice Trial Attorneys Timothy Finley and Daniel Zytnick, and K. Ryan Helmick,

19 Esq., of the LAW OFFICE OF RYAN HELMICK, P.C., counsel for Defendant, Patti A. Kern, that

20 the sentencing currently set for August 14, 2023, be vacated and continued until approximately

21 February 2024 by this Honorable Court.

22       This Stipulation is entered into based on the following reasons:

23       1.    Counsel for the Defendant has spoken to the Defendant and the Defendant has no

24             objection to the requested continuance;

25       2.    Counsel for the Defendant has spoken to counsel for the Government and he has no

26             objection to the requested continuance;

27       3.    The Defendant is still cooperating with the Government and it is anticipated that her

28             testimony may be needed for purposes of trial in *United States v. Castro, et al.*, 2:19-

               cr-0295-GMN-NJK, now set a competency hearing on August 22, 2023

1

2        4.    Denial of this request for continuance would result in a miscarriage of justice;

3        5.    For all of the above-stated reasons, the ends of justice would be best served by a

4                      continuance of sentencing date until after the *Castro* trial is concluded;

5        6.      This is the eighth request for a continuance of the sentencing date in this case.

1        6             DATED this 27th day of July, 2023

8    NICHOLAS A. TRUTANICH                LAW OFFICE OF RYAN HELMICK, P.C.
       UNITED STATES ATTORNEY

9

10       /s/ Timothy Finley
       TIMOTHY FINLEY                   K. RYAN HELMICK, ESQ.
11    DANIEL ZYTNICK                   Nevada State Bar No. 12769
       Trial Attorneys                    LAW OFFICE OF RYAN HELMICK, P.C.
12    US Department of Justice           6830 S. Rainbow Blvd. Set. 200-A
       P.O. Box 386                      Las Vegas, Nevada 89118
13    Washington, D.C. 20044            Attorney for Defendant
       Attorney for Plaintiff                (702) 435-6425
14    (202) 307-0050, (202) 598-8337

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

4

UNITED STATES OF AMERICA                    )

5                                                         )

            Plaintiff,                    )        CASE NO.:    2:19-cr-00032-RFB-VCF

6                                                         )

      vs.                                           )

7                                                         )

PATTI A. KERN,                              )

8                                                         )

            Defendant.                    )

9  _____)

10                                    FINDINGS OF FACT

11          Based upon the pending Stipulation or the parties, and good cause appearing therefor, the

12  Court find that:

13          1.      Counsel for the Defendant has spoken to the Defendant and the Defendant has no

14                  objection to the requested continuance;

15          2.      Counsel for the Defendant has spoken to counsel for the Government and he has no

16                  objection to the requested continuance;

17          3.      The Defendant is still cooperating with the Government and it is anticipated that her

18                  testimony may be needed for purposes of trial in *United States v. Castro, et al.*, 2:19-

19                  cr-0295-GMN-NJK, now set for a competency hearing on August 22, 2023.

20

CONCLUSIONS OF LAW

22    1.    Denial of this request for continuance would result in a miscarriage of justice;

23    2.    For all of the above-stated reasons, the ends of justice would be best served by a
24          continuance of sentencing date;

25    3.    This is the eighth request for a continuance of the sentencing in this
            case.
26    .        .        .        .
27

1                                    **ORDER**

2     IT IS THEREFORE ORDERED that the sentencing currently scheduled for August 14,
      2023 at 10:30 a.m. in Courtroom 7C be continued to February 15th of of 2024 at 8:30 a.m.

5     DATED this __31st__ day of ____July_____, 2023.

6
7                                    _____
8                                    UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23