K. RYAN HELMICK, ESQ.
Nevada State Bar No. 12769
LAW OFFICE OF RYAN HELMICK, P.C.
8180 Rafael Rivera Way Suite 205
Las Vegas, Nevada 89113
(702) 435-6425
Ryan@thedefensefirm.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00032-RFB-MDC |
| Plaintiff, | |
| vs. | |
| PATTI A. KERN, | |
| Defendant. | |

FINDINGS OF FACT

Based upon the pending Stipulation or the parties, and good cause appearing therefor, the Court find that:

1. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to the requested continuance.

2. Counsel for the Defendant has spoken to counsel for the Government and he has no objection to the requested continuance;

3. The undersigned just received the revised Presentence Investigation Report (PSR) yesterday, Monday February 12, 2024. As such, the undersigned needs time to fully review the new PSR and talk to the defendant about it. Additionally, the undersigned has objections to the PSR that are going to need to be addressed and the undersigned needs the appropriate time to do that.

3

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would result in a miscarriage of justice;
2. For all of the above-stated reasons, the ends of justice would be best served by a continuance of sentencing date;
3. This is the ninth request for a continuance of the sentencing in this case.

## ORDER

IT IS HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for February 15, 2024, at the hour of 8:30 a.m., be vacated and continued to March 21, 2024 at 10:00 a.m.

DATED this 14th day of February, 2024



_____
UNITED STATES DISTRICT JUDGE

4