1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8  | UNITED STATES OF AMERICA,

9  |     Plaintiff,

2:19-CR-032-RFB-MDC

**Final Order of Forfeiture**

10 |     v.

11 | PATTI A. KERN,

12 |     Defendant.

13      The United States District Court for the District of Nevada entered a Preliminary

14 Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C)

15 with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Patti A.

16 Kern to the criminal offense, forfeiting the property and imposing an in personam criminal

17 forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of

18 the Criminal Information and shown by the United States to have the requisite nexus to the

19 offense to which Patti A. Kern pled guilty. Patti A. Kern agreed to the substitution and

20 forfeiture of specific property for payment towards the in personam criminal forfeiture

21 money judgment as set forth in the Plea Agreement. Criminal Information, ECF No. 8; Plea

22 Agreement, ECF No. 10; Preliminary Order of Forfeiture, ECF No. 11; Arraignment and

23 Plea, ECF No. 14.

24      This Court finds that on the government's motion, the Court may at any time enter

25 an order of forfeiture or amend an existing order of forfeiture to include subsequently

26 located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

27      The in personam criminal forfeiture money judgment amount of $800,000 complies

28 with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443

(2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 26, 2019, through April 24, 2019; May 22, 2019, through June 20, 2019; and October 18, 2019, through November 16, 2019, notifying all potential third parties of their right to petition the Court. Notices of Filing Proof of Publication Exhibits, ECF Nos. 19-1, p. 5; 24-1, p. 5; 27-1, p. 5.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 33; Notice of Filing Service of Process – Mailing, ECF No. 37.

On July 10, 2019, the United States Marshals Service (USMS) personally served R&R Gonzalez & Associates as Registered Agent for All American Awards, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 3, 33-35, 37-42.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for Distribution Reporting Center, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 4, 33-35, 37-42.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for Global Data Funding Inc. with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 5, 33-35, 37-42.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for Golden Products Service, Inc., DBA Imperial Award Services, DBA

MMI, with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 6, 33-35, 37-42.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for North American Disbursement Agency, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 7, 33-35, 37-42.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for NSD Products, Inc., DBA NSD Printing, DBA NSD Products, with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 8, 33-35, 37-42.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for Pacific Allocation Systems Inc. with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 9, 33-35, 37-42.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for Special Money Managers, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 10, 33-35, 37-42.

On July 10, 2019, the USMS attempted to serve and on July 12, 2019, the USMS personally served Codi Kern through Patti Kern or Michael Kern with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 11, 33-35, 37-42.

On July 10, 2019, the USMS attempted to serve and on July 12, 2019, the USMS personally served Jose Mendez personally and as President, Secretary, Treasurer, and Director of Pacific Allocation Systems Inc. with copies of the Preliminary Order of

Forfeiture and the Notice. Patricia Castro accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 12, 33-35, 37-42.

On July 10, 2019, the USMS attempted to serve and on July 12, 2019, the USMS personally served Maria Ramirez personally and as President, Secretary, Treasurer, and Director of Global Data Funding, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 13, 33-35, 37-42.

On July 15, 2019, the USMS personally served Donald J. Green as Counsel for Salvador Castro with copies of the Preliminary Order of Forfeiture and the Notice. Jiselle Alvarez accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 14, 33-35, 37-42.

On July 15, 2019, the USMS personally served Mario Castro personally and as President, Secretary, Treasurer, and Director of PI Printing Corp with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 15, 33-35, 37-42.

On July 15, 2019, the USMS personally served Mario Castro, Jr., with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 16, 33-35, 37-42.

On July 15, 2019, the USMS personally Salvador Castro with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 17, 33-35, 37-42.

On July 10 and 12, 2019, the USMS attempted to serve and on July 17, 2019, the USMS personally served Jose Castro, Jr., with copies of the Preliminary Order of Forfeiture and the Notice. Carolina Tafoya, a resident at the address, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 18, 33-35, 37-42.

On July 10 and 12, 2019, the USMS attempted to serve and on July 17, 2019, the USMS personally served Jose Silvestre Castro personally and as President, Secretary, Treasurer, and Director of Special Money Managers, Inc., with copies of the Preliminary

Order of Forfeiture and the Notice. Carolina Tafoya, a resident at the address, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 19, 33-35, 37-42.

On July 15, 2019, the USMS attempted to serve and on July 19, 2019, the USMS personally served Gage Muniz personally and as President, Secretary, Treasurer, and Director of Distribution Reporting Center, Inc. with copies of the Preliminary Order of Forfeiture and the Notice. Paul Gutierrez accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 20, 33-35, 37-42.

On December 23, 2019, the USMS personally served Yi Lin Zheng as Counsel for Miguel Castro with copies of the Preliminary Order of Forfeiture and the Notice. Maritha Antillon, secretary, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 21, 33-35, 37-42.

On December 27, 2019, the USMS personally served Andrea Burrow with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 22, 33-35, 37-42.

On December 31, 2019, the USMS personally served Eric Ferran as Counsel for Mario Castro with copies of the Preliminary Order of Forfeiture and the Notice. Sarah Baumwoll, legal assistant, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 23, 33-35, 37-42.

On December 31, 2019, the USMS personally served Jose Castro with copies of the Preliminary Order of Forfeiture and the Notice. Carolina Castro accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 24, 33-35, 37-42.

On January 2, 2020, the USMS personally served Kern and Associates, c/o Patti Kern as President, Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 25, 33-35, 37-42.

/ / /

On January 2, 2020, the USMS personally served Norma Del Rio with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 26, 33-35, 37-42.

On January 2, 2020, the USMS personally served NDS Products, Inc., c/o Edgar Del Rio as President, Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and the Notice. Norma Del Rio accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 27, 33-35, 37-42.

On January 15, 2020, the USMS personally served Crane M. Pomerantz as Counsel for Andrea Burrow with copies of the Preliminary Order of Forfeiture and the Notice. Danette Miralelli, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 28, 33-35, 37-42.

On January 3, 9, and 23, 2020, the USMS attempted to personally serve Patricia M. Erickson as Counsel for Jose Mendez with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 29, 33-35, 37-42.

On December 31, 2019, the USMS attempted to serve and on February 25, 2020, the USMS personally served Miguel Castro with copies of the Preliminary Order of Forfeiture and the Notice. Salvador Castro, brother, accepted the service. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 30, 33-35, 37-42.

On December 31, 2019, February 25, 2020, and March 9, 2020, the USMS attempted to personally serve Golden Products Services, Inc., c/o Jesus Garcia as President, Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 33-1, p. 31, 33-35, 37-42.

On July 5, 2019, the United States Attorney's Office (USAO) attempted to serve Don Chairez as Counsel for Mario Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as attempted-not

/ / /

6

known and unable to forward. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 3, 8-10, 12-17, 19-23.

On July 5, 2019, the USAO attempted to serve Engracia Medina personally and as President, Secretary, Treasurer and Director for All American Awards, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as unclaimed and unable to forward. Financial Investigator for the United States Postal Inspection Service (USPIS), Barry Bouchie, attempted to find Engracia Medina. However, after extensive due diligence, no current information could be found. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 3, 8-10, 12-17, 24-27, 72-73.

On July 5, 2019, the USAO attempted to serve The Estate of Juan Franco by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as unclaimed and unable to forward. Financial Investigator for the USPIS, Barry Bouchie, attempted to find Juan Franco. However, after extensive due diligence, he found Juan Franco was dead. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 3, 8-10, 12-17, 28-32, 75.

On July 5, 2019, the USAO attempted to serve Engracia Medina by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as unclaimed and unable to forward. Financial Investigator for the USPIS, Barry Bouchie, attempted to find Engracia Medina. However, after extensive due diligence, no current information could be found. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 3-4, 8-10, 12-17, 33-36, 72-73.

On July 5, 2019, the USAO attempted to serve Juan Franco personally and as President, Secretary, Treasurer and Director of North American Disbursement Agency, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as unclaimed and unable to forward. Financial Investigator for the USPIS, Barry Bouchie, attempted to find Juan Franco. However, after

/ / /

extensive due diligence, he found Juan Franco was dead. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 4, 8-10, 12-17, 37-40, 75.

On July 5, 2019, the USAO attempted to serve Juan Franco personally and as President, Secretary, Treasurer and Director of North American Disbursement Agency, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as attempted-not known and unable to forward. The mail was returned as unclaimed and unable to forward. Financial Investigator for the USPIS, Barry Bouchie, attempted to find Juan Franco. However, after extensive due diligence, he found Juan Franco was dead. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 4, 8-10, 12-17, 41-44, 75.

On July 5, 2019, the USAO served Maria Ramirez personally and as President, Secretary, Treasurer and Director of Global Data Funding, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 4, 8-10, 12-17, 45.

On December 6, 2019, the USAO served Kern & Associates c/o Patti Kern as President, Secretary, Treasurer and Director, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 4, 8-10, 12-17, 46-47.

On December 6, 2019, the USAO served Patricia M. Erickson as Counsel for Jose Mendez by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 4, 8-10, 12-17, 48-49.

On December 6, 2019, the USAO attempted to serve Miguel Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as attempted-not known and unable to forward. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 5, 8-10, 12-17, 50-52.

On December 6, 2019, the USAO served Crane Pomerantz as Counsel for Andrea Burrow by regular and certified return receipt mail with the Preliminary Order of Forfeiture

and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 5, 8-10, 12-17, 53-54.

On December 6, 2019, the USAO served Eric Ferran as Counsel for Mario Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 5, 8-10, 12-17, 55-56.

On December 6, 2019, the USAO served Andrea Burrow by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 5, 8-10, 12-17, 57-58.

On December 6, 2019, the USAO served Norma Del Rio by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 5, 8-10, 12-17, 59-60.

On December 6, 2019, the USAO served NDS Products Inc. c/o Edgar Del Rio as President, Secretary, Treasurer and Director, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 5, 8-10, 12-17, 61-63.

On December 6, 2019, the USAO served Yi Lin Zheng as Counsel for Miguel Castro, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 5, 8-10, 12-17, 64-65.

On December 6, 2019, the USAO served Jose Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 5, 8-10, 12-17, 66-67.

On December 6, 2019, the USAO attempted to serve and served Golden Products Services, Inc., c/o Jesus Garcia as President, Secretary, Treasurer and Director, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as attempted-not known and unable to forward. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 37-1, p. 5-6, 8-10, 12-17, 68-70.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $106,150;

2. $20,400.32;

3. $34,364;

4. $40,010;

5. $50,126.59;

6. $4,998;

7. $10,908;

8. $15,278;

9. $6,975;

10. $4,644;

11. $3,101;

12. $1,824;

13. $13,146

14. $1,785;

15. $14,439;

16. $9,887;

17. $8,253;

18. $138;

19. $12,464.03; and

20. $18,950

(all of which constitutes property); and

that the United States recover from Patti A. Kern the in personam criminal forfeiture money judgment of $800,000, not to be held jointly and severally liable with any codefendants, the collected money judgment amount between the codefendants is not to exceed $9,000,000 to ensure the government does not collect more than the forfeitable amount based on the forfeiture statutes and Ninth Circuit cases, and that the following property will be applied toward the payment of the money judgment under Ninth Circuit case law, forfeiture statutes, and Fed. R. Crim. P. 32.2(b)(2)(A):

   a.    $106,150;

   b.    $20,400.32;

   c.    $34,364;

   d.    $40,010;

   e.    $50,126.59; and

   f.    $4,998.

This Court finds defendant Patti A. Kern agreed to the substitution and forfeiture the following specific assets as set forth in the Plea Agreement under Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p):

   i.    $35,375 in lieu of a 2015 Ford F250 truck held in the name of Patti A. Kern, VIN 1FT7W2BT5FED16800;

   ii.   $13,400 in lieu of a 2004 Sundowner LQ Horse Trailer held in the name of Patti A. Kern, VIN 13SLE322141LA4098; and

   iii.  In addition to the dollar amounts in a-f, i, and ii above, that Patti A. Kern agrees to apply to the in personam criminal forfeiture money judgment of $800,000, Patti A. Kern also agrees to pay an additional $400,000 toward the in personam criminal forfeiture money judgment of $800,000 within 60 days of sentencing (the "Due Date"). Patti A. Kern's payment of the additional $400,000 for the in personam criminal forfeiture money judgment of $800,000 shall be a bank cashier's check, payable to the order of the United States Postal Inspection Service. The defendant shall send the bank cashier's check

by priority mail to the US Postal Inspection Service, Attention Clayton E. Gerber, PO Box 7404, Washington, DC 20044-7404, with the criminal docket number noted on the face of it. The defendant will contact Timothy Finley or Daniel Zytnick with the mail tracking information. If the defendant fails to make the $400,000 payment on or before the Due Date, the defendant consents to the forfeiture of the real property located at 1861 Bogey Way, Henderson, Nevada 89074, more particularly described as:

Lot Thirteen (13) in Block Three (3) of HEATHERSTONE, as shown by map thereof on file in Book 53 of Plats, Page 40, in the Office of the County Recorder of Clark County, Nevada together with all improvements and appurtenances thereon, APN: 178-17-812-049

(all of which is included as property).

This Court finds that Patti A. Kern understands these above-mentioned payments will not release Patti A. Kern of her obligations to pay the in personam criminal forfeiture money judgment of $800,000, until the in personam criminal forfeiture money judgment of $800,000 is paid in full (all of which constitutes property). Patti A. Kern made a payment of $355,131.08 towards the $400,000 in iii to the United States Postal Service; and

the forfeiture of the money judgment and the property is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Patti A. Kern, Michael Kern, Codi Kern, Kern and Associates, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any

/ / /

12

property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED March 21, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE